IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  5:12-cr-06014-FJG-1 |
| | ) | |
| Larry Brooks, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge John Maughmer (Doc. #199 filed on September 12, 2013), to which no objection has been filed, the plea of guilty to Count One of the Superseding Indictment which was filed on February 25, 2013, is now accepted.   Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

 */s/ Fernando J. Gaitan, Jr.*
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated:  October 3, 2013
Kansas City, Missouri